IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 66.69.234.235

**ISP:** Spectrum
**Physical Location:** Austin, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/14/2019 14:41:13 | 6D2DA3BE266712D87F61B1B9ADBE8E1AA2F18F45 | In Love or Lust |
| 12/27/2018 05:28:37 | 8EFE66EFD215A8456494C6549E87006AD1D20493 | Three is NOT a Crowd |
| 11/16/2018 22:47:32 | 06EACEC755418C81233E67F91BE0089BCE7301E6 | Sex Love and Rock N Roll |
| 11/03/2018 17:22:34 | 914C9908FCC37668E9E2D55F54B8F520093230E1 | California Couple Cumming in Malibu |
| 10/13/2018 23:36:45 | 6A6FC9C13F279FA51EE7F3658A3296F273C7089D | Sexy Surfing Lessons |
| 10/03/2018 14:40:55 | 270330701EEC1161D7229136BB938DA1D8ABDF55 | 18 Year Old Models First Time Threesome |
| 09/03/2018 21:00:18 | 484FA88462A4177609A2F12E412BA1436F7316F3 | Teach Me About Sex |
| 09/03/2018 20:36:17 | 9174FA047A6DB30FF8AB2A6A46A6350775941369 | Sex And Fashion A Threeway Project |
| 08/11/2018 03:41:55 | 692F76BA1E4EA92F039DE041A3475BCAEC92EBAD | Hot Office Sex |
| 08/10/2018 23:02:46 | 3440A228C53666CC6AB85C62DE8BE3FA15E6B3D6 | Young 18 Year Old Couple in Hot Summer Sex |
| 07/28/2018 21:04:00 | F8D11A4D5C5BB3A07DCBB5E150E9E040DFF6E319 | Moving Day Sex |
| 07/11/2018 00:04:15 | 36FD9FED3FC582CFE4AD61615F16AC1B8BA022AD | Our Lucky Day |
| 07/02/2018 18:05:26 | E68430AB4D376E897F0901BF92889FAA026BB10B | The Morning After |
| 07/02/2018 17:10:28 | FFC6DBBEC5ACF1A8975CCF7E6F6AE978165D4CEC | When You Least Expect It |
| 06/11/2018 14:44:01 | BC1F91AB1FA496D453C80A2534589ED83BC9F579 | Two Gentlemen and A Lady |
| 06/06/2018 00:22:49 | 44BB7079CC0D20E54C2D2ED0DBA016A4B6581F67 | My Sweet Surrender |
| 05/06/2018 01:39:34 | 7B12F64D5C9267691D14DDAB2E0836AAC434F356 | Ticket To Bliss |
| 04/15/2018 21:03:25 | E4151526BD86AE105493729AD7F42020418A4D8A | Never Have I Ever Had A Threesome Like This |
| 04/15/2018 20:35:22 | EE0FE17C4BC6142DADE86A0F45C94D0709A47710 | Party Of Three |
| 04/14/2018 19:22:53 | 7EA17BE519E55EFE538ABE5A065929ACC60A1659 | Sticky and Sweet |

EXHIBIT A

WTX7

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/03/2018 15:04:07 | 45BF4A440F1C00D1E2DCF46E8247E34C53A31D85 | Wine Makes Me Anal |
| 03/26/2018 00:46:19 | 16540A069860446050189D1C8F2DA71FE4787B69 | Stripshow Sex |
| 01/28/2018 19:52:03 | 16A266FF7B8C4315EA9EFCAEE9945809372F5A71 | Your Fantasy Awaits |
| 01/28/2018 19:44:43 | 6C36E5B1C36D11BD2D4A288ADD223F342AFE2A7D | X Marks The Spot |
| 01/28/2018 19:15:38 | D655F752808917DC913CFEC67E494906BDC32B55 | Purely Passionate |
| 01/10/2018 02:25:48 | 089EBCA5079704B98C611FC9548351A86FE7E45C | Hot and Wet |
| 12/28/2017 23:17:10 | 5E1770899B99C0771885576C37315184024BB119 | Your Luckiest Night |
| 12/28/2017 22:52:48 | 72A8422BBA283A22EA9637EB5E81B148FFA47432 | Red Hot Christmas |
| 12/17/2017 21:35:27 | 4945F88D5DDFDA76313A85B928A3EAD0FCF4EF3F | Love In Prague |
| 12/13/2017 06:43:16 | A0D102FB61F97BFE7B935492643E2313944FDBD2 | Five Reasons to Love Sex with Blondes |
| 12/09/2017 03:59:00 | 02AD002BAFF9F5B366FD490E21A89CFF6D960F15 | Fill Her Up |

**Total Statutory Claims Against Defendant: 31**

EXHIBIT A

WTX7